UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Boulay Auto Glass, Inc.,

        Plaintiff,

vs.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Illinois Farmers Insurance
Company, and Mid-Century
Insurance Company,

        Defendants.        Civ. No. 10-798 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

That the Plaintiff's Motion to Consolidate Invoices [Docket No. 6] is denied, but without prejudice.


DATED:    07/26/10                         s/Patrick J. Schiltz
At St. Paul, Minnesota              Patrick J. Schiltz
                                              United States District Judge